**SEALED**

**FILED**
JUN 07 2012
CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:12 CR 00173 - AWI DLB |
| Plaintiff, | ) ) | ORDER SEALING INDICTMENT PURSUANT TO RULE 6(E) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE |
| v. | ) ) | |
| JOHN TURNQUIST, | ) ) | |
| Defendant. | ) ) | **UNDER SEAL** |

IT IS HEREBY ORDERED THAT for reasons stated in the government's sealing application, the indictment in this matter, the related sealing application, and this sealing order shall be SEALED in the interest of justice until further order of the court.

Dated: June 7, 2012

_____
HON. BARBARA A. MCAULIFFE
U.S. Magistrate Judge