**ROBERT LAMANUZZI,   SBN: 213673**
ATTORNEY AT LAW
2014 TULARE STREET, SUITE 414
FRESNO, CALIFORNIA 93721
TELEPHONE: (559) 441-1979
FACSIMILE:  (559)  266-0507
Attorney for Defendant, JOHN TURNQUIST

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JOHN TURNQUIST,<br><br>    Defendant. | CASE NO.1:12-CR-00173 AWI-BAM<br><br>**STIPULATION AND<br>ORDER TO CONTINUE TRIAL**<br><br>DATE:    NOVEMBER 12, 2013<br>TIME:    1:00 pm<br>JUDGE: Hon. Barbara A. McAuliffe |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel ROBERT LAMANUZZI attorney for Defendant, and MELANIE ALSWORTH, Assistant U.S. Attorney for Plaintiff, that the hearing currently s scheduled for NOVEMBER 12, 2013, at 1:00 p.m. shall be continued until DECEMBER 9, 2013, at 1:00 p.m. or to a date the Court deems appropriate.

///

This continuance is necessary because defendant's attorney will need additional time for further investigation, preparation and continuity of counsel.

The parties stipulate that the time until the next hearing should be excluded from the calculation of time under the Speedy Trial Act. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). Specifically, defendant's counsel has been unavailable due his presence in another trial. The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

DATED: November 6, 2013            Respectfully submitted,
                                   /S/ Robert Lamanuzzi
                                   ROBERT LAMANUZZI
                                   Attorney for Defendant, JOHN TURNQUIST

DATED: November 8, 2013            Respectfully submitted,

                                   /S/ Melanie Alsworth
                                   MELANIE ALSWORTH
                                   Assistant U.S. Attorney

**ORDER**

The continuance is DENIED as untimely.

IT IS SO ORDERED.

Dated:   **November 8, 2013**            /s/ Barbara A. McAuliffe

                                   UNITED STATES MAGISTRATE JUDGE