BENJAMIN B. WAGNER
United States Attorney
MELANIE L. ALSWORTH
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>JOHN TURNQUIST,<br><br>            Defendant. | CASE NO. 1:12-CR-00173 AWI BAM<br><br>AMENDED JOINT STIPULATION TO VACATE HEARING DATE AND ORDER THEREON |

IT IS HEREBY STIPULATED by and between the parties that the hearing date of June 9, 2014, be vacated considering that there are no motions currently pending before the Court. The trial confirmation, jury instruction hearing and motions in limine hearing should remain set on August 11, 2014, with the trial scheduled for August 26, 2014.

Dated: June 4, 2014
BENJAMIN B. WAGNER
United States Attorney

/s/ Melanie L. Alsworth
MELANIE L. ALSWORTH
Assistant United States Attorney

/s/ Robert C. Lamanuzzi
Dated: June 4, 2014
ROBERT C. LAMANUZZI
Attorney for Defendant, JOHN TURNQUIST

Stipulation to Vacate Hearing Date                1

**ORDER**

GOOD CAUSE APPEARING, based on the stipulation of the parties,

IT IS HEREBY ORDERED that the motions hearing scheduled on June 9, 2014 is vacated.

IT IS SO ORDERED.

Dated: June 4, 2014

SENIOR DISTRICT JUDGE