BENJAMIN B. WAGNER
United States Attorney
MELANIE L. ALSWORTH
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>v.<br><br>JOHN TURNQUIST,<br><br>            Defendants. | CASE NO. 1:12-CR-00173-AWI<br><br>JOINT STIPULATION TO MODIFY PRETRIAL ORDER; AND [~~PROPOSED~~] ORDER |

IT IS HEREBY STIPULATED by and between the parties and through their respective attorneys of record that the deadline for filing a list of joint jury instructions, unopposed and opposed, be extended to August 5, 2014 by 4:00 p.m.

IT IS SO STIPULATED.

BENJAMIN B. WAGNER
United States Attorney's Office

DATED: August 1, 2014

/s/ Melanie L. Alsworth
MELANIE L. ALSWORTH
Assistant United States Attorney

///

///

1

DATED: August 1, 2014

/s/Robert C. Lamanuzzi
ROBERT C. LAMANUZZI
Attorney for Defendant

## ORDER

IT IS SO ORDERED this 4th day of August, 2013.

HONORABLE ANTHONY W. ISHII
UNITED STATES DISTRICT COURT JUDGE