**ROBERT LAMANUZZI, 213673**
ATTORNEY AT LAW
2020 TULARE STREET SUITE A
FRESNO, CALIFORNIA 93721
TELEPHONE: (559) 441-1979

Attorney for Defendant, JOHN TURNQUIST

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JOHN TURNQUIST,<br><br>　　　　Defendant.<br>_____ | Case:1:12-cr-00173-AWI-BAM<br><br>**STIPULATION AND PROPOSED ORDER TO CONTINUE HEARING**<br><br>DATE:　November 3, 2014<br>TIME:　　10:00 AM<br>JUDGE: Hon. Anthony W. Ishii |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel ROBERT LAMANUZZI, attorney for Defendant, and MELANIE ALSWORTH, Assistant U.S. Attorney for Plaintiff, that the hearing currently scheduled for November 3, 2014,

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel ROBERT LAMANUZZI attorney for Defendant, and MELANIE ALSWORTH, Assistant U.S. Attorney for Plaintiff, that the hearing currently scheduled for NOVEMBER 3, 2014, shall be continued until NOVEMBER 17, 2014, at 10:00 a.m. or to a date the Court deems appropriate. This continuance is necessary because:

　　　　1.　Probation Officer Melinda Peyret will need additional time for further investigation

regarding Mr. Turnquist's priors and preparation of the presentence report.

2. Probation interview that was scheduled for September 10, 2014, could not proceed due to a potential attorney/client conflict that has since been resolved.

The parties stipulate that the time until the next hearing should be excluded from the calculation of time under the Speedy Trial Act. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

For the above-stated reason, continuing the hearing will conserve time and resources for both parties and the court, and the delay resulting from vacating this hearing shall be excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(ii).

DATED: September 19, 2014

                                     Respectfully submitted,
                                     /S/ Robert Lamanuzzi
                                     ROBERT LAMANUZZI
                                     Attorney for Defendant, JOHN TURNQUIST

DATED: September 22, 2014

                                     Respectfully submitted,
                                     /S/ Melanie Alsworth
                                     MELANIE ALSWORTH
                                     Assistant U.S. Attorney

///

///

**ORDER**

IT IS HEREBY ORDERED THAT the date set for hearing on November 3, 2014, shall be continued to NOVEMBER 17, 2014 at 10:00 a.m.

IT IS SO ORDERED.

Dated:   September 22, 2014

SENIOR  DISTRICT  JUDGE