**ROBERT LAMANUZZI, 213673**
ATTORNEY AT LAW
2020 TULARE STREET SUITE A
FRESNO, CALIFORNIA 93721
TELEPHONE: (559) 441-1979

Attorney for Defendant, JOHN TURNQUIST

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | **Case:1:12-cr-00173-AWI-BAM** |
| Plaintiff,   ) | |
| vs.   ) | **STIPULATION AND ORDER TO CONTINUE HEARING** |
| JOHN TURNQUIST,   ) | DATE: December 8, 2014 |
| Defendant.   ) | TIME: 10:00 AM |
| _____)  | JUDGE: Hon. Anthony W. Ishii |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel ROBERT LAMANUZZI, attorney for Defendant, and MELANIE ALSWORTH, Assistant U.S. Attorney for Plaintiff, that the hearing currently scheduled for December 8, 2014,

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel ROBERT LAMANUZZI attorney for Defendant, and MELANIE ALSWORTH, Assistant U.S. Attorney for Plaintiff, that the hearing currently scheduled for December 8, 2014, shall be continued until DECEMBER 29, 2014, at 10:00 a.m. or to a date the Court deems appropriate. This continuance is necessary because of a death in attorney Robert Lamanuzzi's family.

The parties stipulate that the time until the next hearing should be excluded from the

calculation of time under the Speedy Trial Act.  The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

For the above-stated reason, continuing the hearing will conserve time and resources for both parties and the court, and the delay resulting from vacating this hearing shall be excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(ii).

DATED: December 2, 2014

        Respectfully submitted,
        /S/ Robert Lamanuzzi
        ROBERT LAMANUZZI
        Attorney for Defendant, JOHN TURNQUIST

DATED: December 3, 2014

        Respectfully submitted,
        /S/ Melanie Alsworth
        MELANIE ALSWORTH, Assistant U.S. Attorney

## **ORDER**

IT IS HEREBY ORDERED THAT the date set for hearing on December 8, 2014, shall be continued to **January 5, 2015**, at 10:00 a.m.

IT IS SO ORDERED.

Dated:   December 3, 2014                          _____
                                                  SENIOR  DISTRICT  JUDGE