**ROBERT LAMANUZZI, 213673**
ATTORNEY AT LAW
2020 TULARE STREET SUITE A
FRESNO, CALIFORNIA 93721
TELEPHONE: (559) 441-1979

Attorney for Defendant, JOHN TURNQUIST

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JOHN TURNQUIST,<br><br>    Defendant.<br>_____ | **Case:1:12-cr-00173-AWI-BAM**<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING**<br><br>DATE:  January 5, 2015<br>TIME:  10:00 AM<br>JUDGE: Hon. Anthony W. Ishii |

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel ROBERT LAMANUZZI, attorney for Defendant, and MELANIE ALSWORTH, Assistant U.S. Attorney for Plaintiff, that the hearing currently scheduled for December 8, 2014, IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel ROBERT LAMANUZZI attorney for Defendant, and MELANIE ALSWORTH, Assistant U.S. Attorney for Plaintiff, that the hearing currently scheduled for January 5, 2015, shall be continued until JANUARY 26, 2015, at 1:30 p.m. or to a date the Court deems appropriate.

This continuance is necessary because I had originally asked for the date of December 29, 2015, but the case was continued to January 5, 2015. I am not available on January 5, 2015, due to a prepaid vacation with my family.

The parties stipulate that the time until the next hearing should be excluded from the calculation of time under the Speedy Trial Act. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

For the above-stated reason, continuing the hearing will conserve time and resources for both parties and the court, and the delay resulting from vacating this hearing shall be excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(ii).

DATED: December 29, 2014

> Respectfully submitted,
> /S/ Robert Lamanuzzi
> ROBERT LAMANUZZI
> Attorney for Defendant, JOHN TURNQUIST

DATED: December 30, 2014

> Respectfully submitted,
> /S/ Melanie Alsworth
> MELANIE ALSWORTH, Assistant U.S. Attorney

### ORDER

IT IS HEREBY ORDERED THAT the date set for hearing on January 5, 2015, shall be continued to JANUARY 26, 2015, at 10:00 a.m.

IT IS SO ORDERED.

Dated:   December 30, 2014                   _____
                                             SENIOR DISTRICT JUDGE