UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN TURNQUIST,<br><br>    Petitioner,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent. | CASE NO. 1:12-CR-0173 AWI<br>(Civil Case No. 1:16-CV-0565 AWI)<br><br>ORDER GRANTING MOTION TO WITHDRAW<br><br>(Doc. Nos. 78, 79, 80, 81) |

On April 21, 2016, Petitioner filed a petition for relief from sentence under 28 U.S.C. § 2255. See Doc. No. 78. On April 25, 2016, Petitioner filed a motion to proceed in forma pauperis. See Doc. No. 79. On May 6, 2016, in furtherance of his § 2255 petition, Petitioner filed a motion for transcripts. See Doc. No. 80. On August 3, 2016, Petitioner filed a motion to withdraw his § 2255 petition. See Doc. No. 81. The Court will grant Petitioner's request to withdraw his § 2255 petition, and deny all other pending motions as moot in light of Petitioner's withdrawal.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's motion to withdraw his previously filed § 2255 petition (Doc. No. 81) is GRANTED; and

2. Petitioner's § 2255 petition (Doc. No. 78), Petitioner's motion to proceed in forma pauperis (Doc. No. 79), and Petitioner's motion for transcripts (Doc. No. 80) are DENIED as moot.

IT IS SO ORDERED.

Dated:  August 4, 2016            _____
                                                          SENIOR  DISTRICT  JUDGE