UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHN TURNQUIST,<br><br>Defendant. | No. 1:12-cr-000173 AWI<br><br>**ORDER REGARDING DEFENDANT'S PRO SE MOTION FOR A JUDICAL RECOMMENDATION FOR PLACEMENT IN A RESIDENTIAL RE-ENTRY CENTER (RRC)/HALFWAY HOUSE** |

On March 30, 2018, Defendant, John Turnquist ("Turnquist") filed his pro se motion "requesting a judicial recommendation concerning length of RRC/Halfway House placement". The undersigned personally received a copy of his motion on May 30, 2018. In his motion, Turnquist respectfully moves the court "to recommend that the Bureau of Prisons ("BOP") afford him a Residential Re-Entry Center ("RRC)/Halfway House placement time of twelve (12) months preceding the end of his sentence".

In support of his motion, Turnquist states as follows:

1. That on March 30, 2015, this court sentenced him to a term of one hundred and twenty (120) months imprisonment followed by a term of four (4) years of supervised release.

2. That pursuant to the Second Chance Act of 2007 ("SCA") the BOP may place a Defendant into an RRC/Halfway House up to twelve (12) months prior to his release date if it is determined that his placement in an RRC/Halfway House for such period would be of "sufficient duration to provide the greatest likelihood of successful reintegration into the community."

1

3. That the criteria that the BOP is to consider in assessing an individual applicant's eligibility for up to twelve (12) months of RRC/Halfway House placement includes: any statements made by the Court concerning the purposes that warranted a sentence to imprisonment and recommending the type of correctional facility that would be appropriate. 18 U.S.C. 3621(b)(4)(A),(B). An RRC/Halfway House is a correctional facility with superior transitional programs to help inmates rebuild their ties to the community and to their family. Any recommendation by the Court is non-binding on the BOP and is purely advisory.

4. That Turnquist is currently housed at the Federal Correctional Institution Herlong, CA. His release date is February 28, 2020, and a recommendation for RRC/Halfway House placement of 12 months will not affect this release date.

5. That Title 18, United States Code, section 3582(c) provides that a "court may not modify a term of imprisonment once it has been imposed except in very limited circumstances," and he is not asking the court to modify his sentence. He is asking the court to simply recommend changing the place of incarceration of the sentence per the Second Chance Act.

6. That he is 36 years old, is mature and has availed himself of every opportunity available to him at FPC Sheridan to be reformed and to rejoin law abiding society with the help of a judicial recommendation at an RRC/Halfway House in his community.

7. That according to the BOP's *Revised Guidance for Residential Reentry Center(RRC) Placements,* RRC/Halfway House time decisions "are to focus on RRC placement as a mechanism to reduce recidivism." Turnquist states that his record of prior addiction and addictive behavior, the nature of his offense and his strained family relationships certainly attest to his need for such comprehensive and community based rehabilitation.

8. This his primary emotional support for successfully reintegrating into the community and avoiding relapse into drug addiction will unquestionably come from his family, and that an RRC/Halfway House placement will afford a strong opportunity for his

2

family to reunify and to offer full support to his reintegration.

9. That his employment history has been severely restricted by his incarceration, and that a new career path will allow him to again become the sole provider for his family, thus allowing them to break the dependency on public assistance. Placement in an RRC/Halfway House will allow him to seek full time employment for supporting his family and their health and well-being.

10. That rehabilitative programming during his incarceration has been limited, and what programs are available have already been completed by him. Placement in an RRC/Halfway House would allow far more rehabilitative programs and opportunities for him to address and correct his elevated risk of recidivism.

11. That a substantial concern for him is the melanoma cancer and resulting 6 surgeries that his wife has undergone. Placement in an RRC/Halfway House will allow him to begin to take the first steps to provide for his family's well-being and needs.

12. That his past use of drugs has been detrimental to him and has affected all areas of his life. Turnquist states that he would greatly benefit from community based drug addiction aftercare in an RRC/Halfway House. Turnquist states that he has graduated from the BOP's Residential Drug Abuse Program (RDAP) where he was honored with awards for his participation.

13. That he expressed exceptional remorse and contrition regarding his commission of his offense and he accepted responsibility. Turnquist states that he has participated in multiple parenting courses and has taken many self-improvement courses, and multiple vocational training (VT) courses. Turnquist further states that he has demonstrated a remarkable leadership role by teaching other inmates positive life and career skills such a barbering, demonstrating that he is accepting responsibility and becoming a positive contributor to a law abiding society.

In addition to the above information provided by Turnquist in support of his motion, he has also provided the court with relevant supporting documentation.

Based upon this supporting information and documentation, the court is inclined to grant

Turnquist's motion and to recommend to the BOP that he be placed in an RRC/Halfway House for a period of 12 months preceding the end of his sentence. However, the court emphasizes that this is merely a recommendation to the BOP based solely on the content of Turnquist's motion. The court has conducted no independent investigation nor has the court sought or received comment from the BOP, the United States Attorney, the court's own Probation Office or any other source. The court recognizes that any determination of Turnquist's placement in an RRC/Halfway House will be independently done by the BOP pursuant to applicable law, policy and its own information and investigation of this matter.

THEREFORE, the Court recommends to the Bureau of Prisons that Turnquist be placed in an RRC/Halfway House for a period of 12 months preceding the end of his sentence in this case.

IT IS SO ORDERED.

Dated: May 31, 2018

Anthony W. Ishii
Senior United States District Judge